MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALEXANDER C. EKSTROM
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: MJ-09-4199-1 |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT** |
| DAVID JIMENEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED that the ~~Indictment~~ Complaint in the above-entitled matter is dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 14th day of February, 2012.

_____
JAMES P. HUTTON
UNTIED STATES MAGISTRATE JUDGE

1